| | |
|---|---|
| 1 | TONY TAMBURELLO, SBN: 46037 |
| | LAW OFFICE OF TONY TAMBURELLO |
| 2 | 214 Duboce Avenue |
| | San Francisco, California 94103 |
| 3 | Phone:    (415) 431-4500 |
| | Facsimile:(415) 255-8631 |
| 4 | E-mail: ttduboce@mindspring.com |

Attorney for Defendant PHUNG VAN NGUYEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  CR 05 0375 SI |
|    Plaintiff, | ) | NOTICE OF CHANGE OF COUNSEL |
|     v. | ) | |
| PHUNG VAN NGUYEN, | ) | |
|    Defendant. | ) | |

   The Law Offices of Tony Tamburello hereby files this notice of change of counsel to advise the court that the appointed counsel for Mr. PHUNG VAN NGUYEN for this case is Tony Tamburello.  Attorneys Stuart Hanlon and Sara Reif are no longer attorneys of record.  Accordingly, please have future electronic case filing notices sent to Tony Tamburello at the e-mail address of:  ttduboce@mindspring.com.

[SEAL: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Susan Illston]

RESPECTFULLY SUBMITTED,

Dated: _____, 2007

_____
TONY TAMBURELLO
Attorney for Defendant
TAMMY A. THOMAS

**DEFENDANT'S UNOPPOSED APPLICATION**                C:\Wp60\Wp60\FD\NoticeofChangeofCounsel.Nguyen2.wpd